UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERTO VELEZ, ZACHARIE PORCENAT, JAIME GARCIA, NADINE KING, DEBRA KING, JAMES EARL EBRON, MATIAS CABRERA, DAVID PEARSON, LUIS ALICEA, JOSE LOGAN, KENNETH THOMAS, DWAYNE CLARK, JUAN COBA and WILLIAM CRESPO<br><br>    Plaintiffs,<br><br>v.<br><br>NEW HAVEN BUS SERVICE, INC., DANIEL MILEY, AND YALE UNIVERSITY,<br><br>    Defendants. | Civil Action No.:<br>3:13-CV-00019 (JBA)<br><br><br><br><br><br><br><br><br><br><br><br><br>JULY 29, 2014 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and among the Plaintiffs Roberto Velez, Zacharie Porcenat, Jaime Garcia, Nadine King, James Earl Ebron, Matias Cabrera, David Pearson, Luis Alicia, Jose Logan, Kenneth Thomas, Dwayne Clark, Juan Coba, and William Crespo and the Defendants New Haven Bus Service, Inc. and Daniel Miley, pursuant to FRCP 41(a)(1)(A)(ii) that the entire action as to the above named parties, including all claims and counterclaims, are hereby dismissed with prejudice as to the above named parties and without costs to any of the above named parties.  Nothing in this stipulation is intended to or shall have the effect of

releasing or limiting any claims that the plaintiffs may have against other defendants in this action.

      Done at Bridgeport, Connecticut, this 29th day of July, 2014.

/s/_____

The Law Office of Peter Goselin
557 Prospect Avenue, 2nd Floor
Hartford, CT 06104
Tel: (860) 580-9675
Fax: (860) 471-8133
Email: pdgoselin@gmail.com

/s/_____
Christopher M. Hodgson (ct00574)
Durant, Nichols, Houston,
Hodgson & Cortese-Costa, PC
1057 Broad Street
Bridgeport, CT 06604
Tel: (203) 366-3438
Fax: (203) 384-0317
Email: chodgson@durantnic.com

ATTORNEYS FOR DEFENDANTS
NEW HAVEN BUS SERVICE, INC.,
AND DANIEL MILEY

/s/_____
Mariusz Kurzyna (ct28940)
The Law Office of Mariusz Kurzyna
130 West Main Street, P.O. Box 3104
New Britain, CT 06050
Tel: (860) 357-6070
Fax: (860) 606-9560

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATION

I hereby certify that on July 29, 2014, I have caused to be served a true and correct copy of the foregoing via electronic mail, upon the following counsel and pro se parties of record:

Peter Goselin
The Law Office of Peter Goselin
557 Prospect Avenue, 2nd Floor
Hartford, CT 06104

Mariusz Kurzyna
The Law Office of Mariusz Kurzyna
130 West Main Street, P.O. Box 3104
New Britain, CT 06050

Patrick Noonan
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437

/s/_____
Christopher M. Hodgson

P:\LIT\JW\674800\002\00105910.DOC