UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERTO VELEZ,
LUIS ALICEA, MATIAS
CABRERA, DWYANE CLARK,
JAMES EARL EBRON,
JAIME GARCIA, DEBRA KING,
NADINE KING, JOSE LOGAN,
DANIEL MILEY, DAVID
PEARSON, ZACHARIE
PORCENAT, KENNETH THOMAS,

    Vs.                            CIVIL NO: 3:13cv19 (JBA)

NEW HAVEN BUS SERVICE, INC.,
YALE UNIVERSITY,

### JUDGMENT

This matter came before the Honorable Janet Bond Arterton, United States District Judge, for consideration of defendant, Yale University's, motion for summary judgment.

On August 4, 2014, the Court, having considered all of the papers filed in conjunction with the motion, entered a ruling granting the motion. On July 21, 2014, plaintiff Debra King was dismissed pursuant to Local Rule 41a.  On July 29, 2014, an order entered granting a stipulation of dismissal with prejudice  for Daniel Miley and New Haven Bus Svc., Inc.

It is hereby ORDERED, ADJUDGED and DECREED that judgment is entered in favor of the defendant, Yale University,  and the case is closed.

EOD: 8/6/14

Dated at New Haven, Connecticut, 6ᵗʰ day of August, 2014.

                                      ROBIN D. TABORA, Clerk


                              BY _____/s/_____
                                BY:  Betty J. Torday
                                    Deputy Clerk