UNITED STATES DISTRICT COURT
DISRICT OF CONNECTICUT

| | |
|---|---|
| **Roberto Velez, et al,** : | 3:13-cv-00019 (JBA) |
| **Plaintiffs,** : | |
| v. : | |
| **New Haven Bus Service, Inc., et al,** : | August 18, 2014 |
| **Defendants.** : | |

### PLAINTIFFS' MOTION FOR RECONSIDERATION

Pursuant to Fed.R.Civ.P. 59(e) and D.Conn.L.Civ.R. 7(c), the plaintiffs hereby move the Court to reconsider its Ruling on Motion for Summary Judgment, dated August 4,2014. As demonstrated in the accompanying memorandum of law, the Court misinterpreted and misstated the evidence, failed to draw all reasonable inferences in favor of the non-moving party, and made erroneous conclusions of law that warrant reconsideration by the Court and reversal of its decision.

RESPECTFULLY SUBMITTED
THE PLAINTIFFS, by

_____ / s / _____
Mariusz Kurzyna ct28940
The Law Office of Mariusz Kurzyna
130 West Main Street, P.O. Box 3104
New Britain, Connecticut 06050
Tel. 860-357-6070
Fax 860-606-9560
mariusz@kurzynalaw.com

and

                                      _____/ s /_____
Peter Goselin ct06074
The Law Office of Peter Goselin
557 Prospect Avenue, 2nd Floor
Hartford, Connecticut 06105
Tel. 860-580-9675
Fax 860-232-7818
pdgoselin@gmail.com

## **CERTIFICATE OF SERVICE**

      This is to certify that on August 18, 2014, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties appearing in this matter by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                                                          / s /
                                                    Mariusz Kurzyna